IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROSAMARY JOHNSON**     **PLAINTIFF**

V.     **NO. 4:21-CV-164-DMB-RP**

**KILOLO KIJAKAZI,**
**Commissioner of Social Security**     **DEFENDANT**

## ORDER

On December 8, 2021, Rosamary Johnson filed a complaint in the United States District Court for the Northern District of Mississippi seeking judicial review of the decision denying her claim for supplemental security income and/or disability insurance benefits. Doc. #1. On February 8, 2022, the Commissioner moved to remand this case pursuant to sentence six of 42 U.S.C. § 405(g). Doc. #6. As grounds for remand, the Commissioner represents that further administrative proceedings are needed to consider additional evidence "consist[ing] of records from Greenwood Orthopedic Clinic" which were "not in the record before the Administrative Law Judge" and are material to Johnson's allegations of severe wrist impairment. *Id.* at 1–2. The Commissioner also represents that the request for remand is unopposed. *Id.* at 3.

Upon consideration, the motion to remand [6] is **GRANTED**. This case is **REMANDED** for further administrative proceedings pursuant to sentence six of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED**, this 9th day of February, 2022.

                                                                           **/s/Debra M. Brown**
                                                                           **UNITED STATES DISTRICT JUDGE**